IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON, IV ,
    Plaintiff,

vs.                                                         Case No. 3:11cv82/RV/EMT

MARCI GOODMAN
     Defendant.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 28, 2011 (Doc. 4).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.  This cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

       **DONE AND ORDERED** this 29th day of June, 2011.

                                                       /s/ *Roger Vinson*
                                                       **ROGER VINSON**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**